# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL MACK, | No. 0:20-cv-00557-PJS-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated May 11, 2020.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that

1. Equifax's Motion to Dismiss **[ECF No. 5]** is **DENIED WITHOUT PREJUDICE**.

2. Equifax shall answer or otherwise respond to Mr. Mack's amended complaint [ECF No. 17].

Date: 6/8/20

Patrick J. Schiltz
United States District Judge